JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 788 -- In re Sola U.S.A., Inc., Contact Lens Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/08/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-2), CERT. OF SERVICE -- Defts. Permeable Contact Lenses, Inc. and Leonard Seidner -- SUGGESTED TRANSFEREE DISTRICT: D. MASSACHUSETTS (cds) |
| 88/09/06 | | APPEARANCES -- JOEL M. FREED, ESQ. for Sola U.S.A., Inc.; JAMES DAVID JACOBS, ESQ. for Permeable Contact Lenses, Inc. and Leonard Seidner; EDWARD W. REMUS, ESQ. for Bausch & Loimb, Inc. and Poplymer Technology Corp. (ds) |
| 88/09/09 | 2 | RESPONSE/BRIEF -- Sola U.S.A., Inc. w/exhibits A and B and cert. of svc. (ds) |
| 88/09/14 | 3 | RESPONSE (to pldg. #1) -- defts. Polymer Technology Corp. and Bausch & Lomb, Inc. -- w/Exhibits A-D and cert. of service (cds) |
| 88/09/20 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Permeable Contact Lenses, Inc. and Leonard Seidner -- GRANTED TO AND INCLUDING SEPTEMBER 28, 1988 -- w/cert. of svc. (rh) |
| 88/09/29 | 5 | REPLY -- Permeable Contact Lenses, Inc. and Leonard Seidner w/exhibits A and B and cert. of svc. (ds) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/11/02 | 6 | LETTER REQUESTING AJOURNMENT OF NOVEMBER 17, 1988 HEARING -- signed by James David Jacobs, counsel for movants (cds) |
| 88/11/09 | | ORDER VACATING HEARING -- (November 17, 1988 Hearing) -- Notified involved counsel, judges and clerks (rh) |
| 88/11/21 | 7 | LETTER RE SETTLEMENT OF A-1 -- signed by James David Jacobs, Esq. counsel for defendants -- w/Attachments (cds) |
| 88/11/30 | | ORDER DEEMING MOTION WITHDRAWN AS MOOT -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 788 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Sola U.S.A., Inc., Contact Lens Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 30, 1988 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: Nov. 30, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 788 -- In re Sola U.S.A., Inc., Contact Lens Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sola U.S.A., Inc. v. Permeable Contact Lenses, Inc., et al. | N.Y.,S. Goettel | 87-7842 | | | | |
| A-2 | Sola U.S.A., Inc. v. Bausch & Lomb, Inc., et al. | Mass. McNaught | 88-836MC | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 788 -- In re Sola U.S.A., Inc., Contact Lens Patent Litigation

| | |
|---|---|
| SOLA U.S.A., INC. (A-1, A-2)<br>Joel M. Freed, Esquire<br>Burns, Doane, Swecker & Mathis<br>Washington & Prince Streets<br>Post Office Box 1404<br>Alexandria, Virginia 22313-1404 | PERMEABLE CONTACT LENSES, INC.<br>LEONARD SEIDNER<br>James David Jacobs, Esquire<br>Rosen, Dainow & Jacobs<br>489 Fifth Avenue<br>New York, New York 10017<br><br>BAUSCH & LOMB, INC.<br>POLYMER TECHNOLOGY CORP.<br>Edward W. Remus, Esquire<br>Allegretti & Witcoff, Ltd.<br>Ten South Wacker Drive<br>Chicago, Illinois 60606 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 788 -- In re Sola U.S.A., Inc., Contact Lens Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ Permeable Contact Lenses, Inc. | A-1 |
| ✓ Leonard Seidner | A-1 |
| ✓ Bausch & Lomb, Inc. | A-2 |
| ✓ Polymer Technology Corp. | A-2 |