JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 30 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 788

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SOLA U.S.A., INC., CONTACT LENSES LITIGATION

<u>Sola U.S.A., Inc. v. Permeable Contact Lenses, Inc., et al.</u>,
S.D. New York, C.A. No. 87-7842

<u>Sola U.S.A., Inc. v. Bausch & Lomb, Inc., et al.</u>,
D. Massachusetts, C.A. No. 88-836MC

ORDER DEEMING MOTION WITHDRAWN AS MOOT

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to transfer the above-captioned Southern District of New York action to the District of Massachusetts for coordinated or consolidated pretrial proceedings with the above-captioned Massachusetts action pending there.  On November 9, 1988, the court in the New York action entered an order, pursuant to an agreement of the parties, discontinuing the action as settled and retaining jurisdiction to enforce the terms of a consent judgment.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the above-captioned actions be, and the same hereby is, DEEMED WITHDRAWN as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman